# Exhibit C



Employee Number: 92975
Type: Disciplinary

**Personnel Action Memorandum**

Division: 51
Name of Employee: SELLERS, JERIAH B

Department/Area: 00
Date: 05/28/2025

JERIAH SELLERS is receiving this PAM for Violation of Company Policy and/or Standard Operating Procedure

**Reason for Memorandum:** Department Policy/Procedure

JERIAH SELLERS is being issued a Disciplinary PAM regarding Department Policies or Procedures. Please see comments section.

**Comments:** On Wednesday 28th May, Jeriah violated the Spa Transgender Policy when she refused to assist a guest based on their gender identity. Jeriah is expected to assist all guests that visit MeltSpa, exhibiting professionalism and civility, and ensure her actions align with HE&R's Core Values.

**Action Taken:** Disciplinary PAM issued and 1 day suspension

**Recommended Future Action:** Failure to modify behavior may result in continued progressive discipline.

Supervisor's Name: _[signature]_
(Please Print)

Supervisor's Signature: _____    Date: _____

Employee's Acknowledgement: _____    Date: 6/4/25

(Please Print)

Distribution List:  1 - Employee copy; 2 - Operational HR copy ; NOTE: Department's copy is electronic only.

Employee Declined to sign