IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERIAH SELLERS, | : | CIVIL ACTION |
| *Plaintiff*, | : | NO. 1:25-CV-01979-KMN |
| v. | : | |
| HERSHEY ENTERTAINMENT & RESORTS COMPANY, d/b/a MELTSPA BY HERSHEY, | : | |
| *Defendant*. | : | ELECTRONICALLY FILED |

**DEFENDANT'S MOTION TO DISMISS**

Defendant, Hershey Entertainment & Resorts Company d/b/a MeltSpa by Hershey ("Defendant" or "MeltSpa"), respectfully requests, pursuant to Federal Rule of Civil Procedure 12(b)(6), that the Complaint of Plaintiff, Jeriah Sellers ("Plaintiff"), be dismissed in its entirety with prejudice.

In support of this Motion to Dismiss, Defendant relies upon their "Brief in Support of Motion to Dismiss," which is being filed contemporaneously herewith.

Respectfully submitted,

PILLAR AUGHT LLC

By: /s/ *Lindsey E. Snavely*
Lindsey E. Snavely, Esquire

1

Attorney I.D. No. 308145 (PA)
lsnavely@pillaraught.com
4201 E. Park Circle
Harrisburg, PA 17111
(717) 308-9910

*Attorneys for Defendant*

## **CERTIFICATE OF NON-CONCURRENCE**

The undersigned counsel sought concurrence from Plaintiff's counsel related to the relief sought in this Motion. Plaintiff does not concur in the Motion.

                                                  /s/ *Lindsey E. Snavely*

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2026, a true and correct copy of the foregoing document was served electronically on the following:

Andrea L. Shaw, Esquire
Law Office of Andrew H. Shaw, P.C.
2011 Trindle Road
Carlisle, PA 17013
andrea@ashawlaw.com
*Attorneys for Plaintiff*

Randall L. Wenger, Esquire
Jeremy L. Samek, Esquire
Janice Martino-Gottshall, Esquire
Independence Law Center
23 North Front Street
Harrisburg, PA 17101
rwenger@indlawcenter.org
jsamek@indlawcenter.org
jmgottshall@indlawcenter.org
*Attorneys for Plaintiff*

I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system, and that parties may access this filing through the Court's system.

/s/ *Lindsey E. Snavely*