**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JERIAH SELLERS,** | : | **CIVIL ACTION NO. 1:25-CV-1979** |
| | : | |
| **Plaintiff** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **HERSHEY ENTERAINMENT & RESORT CO.,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

AND NOW, this 30th day of September 2026, upon consideration of defendant Hershey Entertainment & Resort Co.'s motion (Doc. 13) to dismiss the complaint for failure to state a claim, and the parties' respective briefs in support of and in opposition thereto, (see Docs. 14, 17, 18), and for the reasons set forth in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. Defendant's motion (Doc. 13) is GRANTED.
2. The complaint (Doc. 1) is DISMISSED without prejudice.
3. Plaintiffs are granted leave to file an amended complaint within twenty-one (21) days of this Order.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania