**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JERIAH SELLERS,**<br><br>**Plaintiff**<br><br>**v.**<br><br>**HERSHEY ENTERTAINMENT & RESORT CO.,**<br><br>**Defendant** | **CIVIL ACTION NO. 1:25-CV-1979**<br><br>**(Judge Neary)** |

## CONCURRED IN MOTION FOR ENTRY OF FINAL ORDER

On September 30, 2026, this Court issued an Order granting Defendant's Motion to Dismiss and dismissed Plaintiff's Complaint without prejudice. Plaintiff hereby notifies the Court that she elects to stand on her Complaint and respectfully declines to amend pursuant to the Court's September 30, 2026, Order.

Plaintiff respectfully requests that the Court enter a final judgment dismissing this action, thereby permitting appellate review under 28 U.S.C. § 1291. *See Borelli v. City of Reading*, 532 F.2d 950, 951 n.1 (3d Cir. 1976); *Weber v. McGrogan*, 939 F.3d 232, 239–41 (3d Cir. 2019).

Defendant concurs in this Motion, reserving all defenses on appeal.

WHEREFORE, Plaintiff requests that this Court enter its Order on the docket as a final judgment for purposes of appeal.

October 20, 2026

/s/ Randall L. Wenger
RANDALL L. WENGER
INDEPENDENCE LAW CENTER
23 N. Front St.
Harrisburg, PA 17101
Telephone: 717-545-0600
Fax: 717-545-8107
rwenger@indlawcenter.org
Pa. Bar No. 86537

ANDREA L. SHAW, ESQUIRE
LAW OFFICE OF
ANDREW H. SHAW, P.C.
2011 W. Trindle Road
Carlisle, PA 17013
Telephone: 717-243-7135
Fax: 717-243-7872
andrea@ashawlaw.com
Pa. Bar No. 89333

## CERTIFICATE OF SERVICE

I, Randall Wenger, hereby certify that I have served this motion on opposing counsel in accordance with the requirements of Fed. R. Civ. P. 5(b)(2)(E) and local rules LR 5.2 and LR 5.7. I further certify that I have sought concurrence in this motion from all parties according to LR 7.1, which was granted.

October 20, 2026

/s/ Randall L. Wenger
RANDALL L. WENGER
INDEPENDENCE LAW CENTER
23 N. Front St.
Harrisburg, PA 17101
Telephone: 717-545-0600
Fax: 717-545-8107
rwenger@indlawcenter.org
Pa. Bar No. 86537