**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JERIAH SELLERS,** | : | **CIVIL ACTION NO. 1:25-CV-1979** |
| | : | |
| **Plaintiff** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **HERSHEY ENTERTAINMENT & RESORT CO.,** | : | |
| | : | |
| **Defendant** | : | |

**ORDER**

On September 30, 2026, this Court entered an Order dismissing Plaintiff's Complaint without prejudice and granting Plaintiff 21 days to file an Amended Complaint; however, Plaintiff has elected not to file an Amended Complaint, and instead, on October 20, 2026, filed a formal Notice of Intent to Stand on the Original Complaint (Doc. 25), announcing her clear and unequivocal intent to decline further amendment and immediately pursue an appeal. Based upon Plaintiff's notice not to amend, and the defendant's concurrence in that motion, it is hereby ORDERED that this action is DISMISSED with prejudice. It is further ORDERED that this Order constitutes a final judgment for purposes of appeal under 28 U.S.C. § 1291 and the Clerk of the Court is directed to close this file.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania

Dated: October 21, 2026.